IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.   17-40254-pwb |
| | ) | |
| John Francis Dowalgo, II, | ) | Chapter   13 |
| | ) | |
| Debtor. | ) | Judge:   Paul W. Bonapfel |
| | ) | |
| | ) | **NOTICE OF APPEARANCE AND** |
| | ) | **REQUEST FOR NOTICE** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that USAA Federal Savings Bank ("Creditor"), by its counsel, Weinstein & Riley, P.S., hereby enters its appearance and requests, pursuant to 11 U.S.C. Sections 102(1) and 342, and Rules 2002(g), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure that all notices and all papers including orders and notices of any application, motion, petition, pleading, request, complaint or demand (1) which affect or seek to affect in any way rights or interests of Creditor with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by Creditor, required to be served in this case, be served upon the following:

Weinstein & Riley, P.S.
P.O. Box 23408
Nashville, TN 37202
Attn: Elizabeth H. Parrott

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, all notices (including those required by Bankruptcy Rules 2002 and 4001 or ordered by the Court pursuant to Bankruptcy Rule 9007), applications, motions, petitions, orders, pleadings, requests, lists, schedules, statements, complaints and demands, whether formal or informal, whether

written or oral and whether transmitted or conveyed by mail, email, delivery, telephone,

facsimile, telecopier, electronic file transfer or otherwise.

Dated: March 20, 2017

/s/ ELIZABETH H. PARROTT
Elizabeth H. Parrott, #750965
Weinstein & Riley, P.S.
P.O. BOX 23408
NASHVILLE, TN 37202
Phone: (615) 742-9220
Fax: (615) 770-9906
Email: LizP2@w-legal.com
Attorney for USAA Federal Savings Bank

## **CERTIFICATE OF SERVICE**

   I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746, that a true and correct copy of the Notice of Appearance and Request for Notice was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on March 20, 2017:

| Trustee via E-Filing | Debtor's Counsel via E-Filing |
|---|---|
| **Mary Ida Townson** | **Howard P. Slomka** |
| Chapter 13 Trustee | Slomka Law Firm |
| 191 Peachtree Street NE, Suite 2200 | 1069 Spring Street NW, 2nd Floor |
| Atlanta, GA 30303-1740 | Atlanta, GA 30309 |
| 404-525-1110 | 678-732-0001 |
| | Email: shawn@slomkalawfirm.com |

Debtor via First-Class Mail
**John Francis Dowalgo, II**
339 Maple View
Dallas, GA 30157


   /s/ Elizabeth H Parrott
   Elizabeth H Parrott