UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**MOTION TO RETAIN TAX REFUND**

NOW COMES the Debtor, JOHN FRANCIS DOWALGO, II, in the above-styled case, by and through his attorney of record, Howard Slomka, Esq., and files this, his Motion to Retain Tax Refund, showing the court as follows:

1.

This court has jurisdiction in this matter pursuant to 28 U.S.C. §1334, 151, et seq. and 11 U.S.C. §101 et seq.

2.

Venue is appropriate pursuant to 28 U.S.C. §1409 and the matter is a core proceeding as described in 28 U.S.C. §157(b)(2)(A).

3.

The Debtor filed for relief in the above-styled Chapter 13 case on February 6, 2017 and Debtor's Chapter 13 Plan was confirmed on April 20, 2017.

4.

As a prerequisite to obtaining the confirmation of the Chapter 13 plan, and to meet the disposable income test of 11 U.S.C. §1325(b), the Debtors' Chapter 13 plan provided, *inter alia*, that "Any tax refund that is issued to the Debtor during the Applicable Commitment Period, greater than $1,500.00, shall be paid into the Debtor's Chapter 13 case; any tax refund less than $1,500 (or up to $1,500 of any tax refund) may

be retained by the Debtor upon written request to the Trustee. Further, the Debtor instructs and authorizes the Internal Revenue Service or any other applicable tax agency to send any refund issued during the Applicable Commitment Period directly to the Debtor's Chapter 13 Trustee."

5.

The Debtor is entitled to an income tax refund for the 2016 tax year in the approximate amount of $4,951.00.

6.

The Debtor wishes to retain $4,951.00 of his income tax refund for dental expenses for him and his children as set forth in the invoices attached hereto as **Exhibit A.**

7.

The Debtor respectfully requests that he be allowed to retain a total of $4,951.00 from his 2016 income tax refund.

WHEREFORE, Debtor prays that this Motion be filed, read, and considered, that the Debtor be allowed to retain $4, 951.00 of his 2016 income tax refund; and

That this court grants such other and further relief as it may deem just and proper under the circumstances.

Respectfully submitted this 5th day of May, 2017.

____/s/_____
Howard Slomka, Esq,
Georgia Bar # 652875
Slipakoff & Slomka, P.C.
Attorney for Debtor
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309

# EXHIBIT "A"

Case 17-40254-pwb    Doc 25    Filed 05/05/17    Entered 05/05/17 13:41:31    Desc Main
Document      Page 3 of 11

## Active Treatment Plan
### Seven Hills Dentistry
(678)257-7117
John Dowalgo, DOB 08/29/1979
04/05/2017



Your Right — 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 / 32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 — Your Left

■ Existing   ■ Complete   ■ Referred Out   ■ Treatment Planned

| Done | Priority | Tth | Surf | Code | Sub | Description | Fee | Pri Ins | Sec Ins | Discount | Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1st Phase |  | UR | D4341 |  | Gum Infection Therapy  Pri Deduct Applied $50.00 | 291.00 | 60.90 | 0.00 | 154.00 | 76.10 |
|  | 1st Phase |  | UL | D4341 |  | Gum Infection Therapy | 291.00 | 95.90 | 0.00 | 154.00 | 41.10 |
|  | 1st Phase |  | LL | D4341 |  | Gum Infection Therapy | 291.00 | 95.90 | 0.00 | 154.00 | 41.10 |
|  | 1st Phase |  | LR | D4341 |  | Gum Infection Therapy | 291.00 | 95.90 | 0.00 | 154.00 | 41.10 |
|  | 1st Phase |  | UR | Arestin Rx |  | Minocyline Placement Fee | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
|  | 1st Phase |  |  | NPERIDEX |  | PERIDEX | 15.00 | 0.00 | 0.00 | 0.00 | 15.00 |
|  | 1st Phase |  | UL | Arestin Rx |  | Minocyline Placement Fee | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
|  | 1st Phase |  | LL | Arestin Rx |  | Minocyline Placement Fee | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
|  | 1st Phase |  | LR | Arestin Rx |  | Minocyline Placement Fee | 50.00 | 0.00 | 0.00 | 0.00 | 50.00 |
|  | 1st Phase |  |  | D9210 |  | Oraquix Numbing Gel | 60.00 | 0.00 | 0.00 | 0.00 | 60.00 |
|  |  |  |  |  |  | Subtotal | 1439.00 | 348.60 | 0.00 | 616.00 | 474.40 |
|  |  |  |  |  |  | Total | 1439.00 | 348.60 | 0.00 | 616.00 | 474.40 |

### Family Insurance Benefits

|  | Primary | Secondary |
|---|---|---|
| Family Maximum |  |  |
| Family Deductible | 150.00 |  |

### Individual Insurance Benefits

## Active Treatment Plan
### Seven Hills Dentistry
### (678)257-7117
### John Dowalgo, DOB 08/29/1979
### 04/19/2017



| Done | Priority | Tth | Surf | Code | Sub | Description | Fee | Pri Ins | Sec Ins | Discount | Pat |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2nd Phase | | | D9230 | | Nitrous Oxide | 90.00 | 0.00 | 0.00 | 0.00 | 90.00 |
| | 2nd Phase | 18 | | D7210 | | extraction, erupted tooth requiring removal of bone and/or sectioning of tooth, and including elevation of mucoperiosteal flap if indicated | 317.00 | 100.10 | 0.00 | 174.00 | 42.90 |
| | 2nd Phase | 18 | | D4263 | | bone replacement graft â€" retained natural tooth â€" first site in quadrant | 350.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| | 2nd Phase | 19 | | D2950 | | core buildup, including any pins when required | 300.00 | 52.40 | 0.00 | 169.00 | 78.60 |
| | 2nd Phase | 19 | | D2740 | | crown - porcelain/ceramic substrate | 1292.00 | 287.20 | 0.00 | 574.00 | 430.80 |
| | 2nd Phase | 19 | | N4118 | | Crown Seat | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | 2nd Phase | 19 | | D6010 | | surgical placement of implant body: endosteal implant | 1900.00 | 0.00 | 0.00 | 726.00 | 1174.00 |
| | 2nd Phase | 19 | | D6056 | | prefabricated abutment â€" includes modification and placement | 350.00 | 0.00 | 0.00 | 37.00 | 313.00 |
| | 2nd Phase | 19 | | D6065 | | implant supported porcelain/ceramic crown | 1350.00 | 0.00 | 0.00 | 517.00 | 833.00 |
| | | | | | | Subtotal | 5949.00 | 439.70 | 0.00 | 2197.00 | 3312.30 |
| | | | | | | Total | 5949.00 | 439.70 | 0.00 | 2197.00 | 3312.30 |

### Family Insurance Benefits

| | Primary | Secondary |
|---|---|---|
| Family Maximum | | |
| Family Deductible | 150.00 | |

### Individual Insurance Benefits

# Reese Dowalgo
Provider          Jason E. Turner, DMD

## .: TREATMENT CASE          Treatment Plan

| DATE | VISIT | TH | SURF | CODE | PROV | DESCRIPTION | FEE | PAT | PRI INS | SEC INS |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/2016 | 1 | | | D9220 | DOC1 | Deep sedal/gen anesth-1st 30m  30MIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/10/2016 | 1 | K | O | D2391 | DOC1 | Resin 1 surf prim/perm | 133.00 | 33.25 | 99.75 | 0.00 |
| 05/10/2016 | 1 | L | O | D2391 | DOC1 | Resin 1 surf prim/perm | 133.00 | 33.25 | 99.75 | 0.00 |
| 05/10/2016 | 1 | T | O | D2391 | DOC1 | Resin 1 surf prim/perm | 133.00 | 70.75 | 99.75 | 0.00 |

:: INSURANCE PROVIDER(S) ::
Primary: Cigna
Secondary:

:: TOTALS ::
| Fee | Pat | Pri Ins | Sec Ins |
|---|---|---|---|
| 399.00 | 137.25 | 299.25 | 0.00 |

30 min GA CASE -
$875.00 due @ appt.

:: FINANCIAL SUMMARY ::
Treatment Plan Total ........ 399.00

2155 Cedarcrest Road
Acworth, GA 30101
PHONE: (770)439-9119
turnerpediatricdentistry.com

$154.70 due for dental procedures.
$77.35 due to schedule.
$77.35 due 2 wks prior to appt.

X _____(signature)_____

REPORT DATE: 05/10/2016



# Michael Rossitch, D.D.S, M.S., PC

Name: Eliza Dowalgo
Birthdate: 06/22/2013
Chart Number: D00139

## TREATMENT CASE — Treatment Plan

| DATE | VISIT TH | SURF | CODE | PROV | DESCRIPTION | FEE | PAT | PRI INS |
|------|----------|------|------|------|-------------|-----|-----|---------|
| 10/27/2016 | 1 | | D9230 | MROS | Analgesia | 75.00 | 75.00 | 0.00 |
| 10/27/2016 | 1 | S | D2930 | MROS | Prefab stain steel crn-primary | 167.00 | 83.50 | 83.50 |
| 10/27/2016 | 1 | S | D3220 | MROS | Therapeutic pulpotomy(exc rest) | 116.00 | 23.20 | 92.80 |
| 10/27/2016 | 1 | T | D2930 | MROS | Prefab stain steel crn-primary | 167.00 | 108.50 | 58.50 |
| 10/27/2016 | 1 | T | D3220 | MROS | Therapeutic pulpotomy(exc rest) | 116.00 | 23.20 | 92.80 |
| | | | | | Visit 1 Totals: | 641.00 | 313.40 | 327.60 |
| 10/27/2016 | 2 | | D9230 | MROS | Analgesia | 75.00 | 75.00 | 0.00 |
| 10/27/2016 | 2 | K | D2391 | MROS | Resin composite-1s, posterior | 120.00 | 24.00 | 96.00 |
| 10/27/2016 | 2 | L | D2391 | MROS | Resin composite-1s, posterior | 120.00 | 24.00 | 96.00 |
| | | | | | Visit 2 Totals: | 315.00 | 123.00 | 192.00 |

### INSURANCE PROVIDER(S)
Primary: Cigna
Secondary:

### TOTALS
Fee: 956.00  Pat: 436.40  Pri Ins: 519.60

### FINANCIAL SUMMARY
Estimated Deductible to be Applied: $0.00
Estimated Insurance Payment: 519.60
Estimated Patient's Portion: 436.40

### DENTAL INSURANCE BENEFITS

| | Patient Primary | Patient Secondary | Family Primary | Family Secondary |
|---|---|---|---|---|
| Annual Plan Benefits | 2000.00 | 0.00 | 0.00 | 0.00 |
| Paid Benefits YTD | 0.00 | 0.00 | 0.00 | 0.00 |
| Pending Insurance Est. YTD | 115.00 | 0.00 | 115.00 | 0.00 |
| Est. Benefits Remaining YTD | 1885.00 | 0.00 | 0.00 | 0.00 |
| Benefits Expire | 12/31/2016 | NA | 12/31/2016 | NA |
| Deductible Owed YTD standard | 50.00 | 0.00 | 150.00 | 0.00 |
| preventive | 0.00 | 0.00 | 0.00 | 0.00 |
| Other | 0.00 | 0.00 | 0.00 | 0.00 |

Alternate Cases:

Case Notes: - Thu - Oct 27 2016 - The totals shown here are ESTIMATES ONLY and not a guarantee of insurance payment. In the event that my insurance carrier does not pay the estimated amount, I understand that I will be responsible for the difference.

SIGNATURE _____

DATE Oct 27, 2016 _____ The totals shown here are ESTIMATES ONLY and not a guarantee of insurance payment. In the event that my insurance carrier does not pay the estimated amount, I understand that I will be responsible for the difference.

SIGNATURE _____

1608 Legient Way Suite 201, Marietta, GA 30064  PHONE: (770) 422-8465

REPORT DATE: 10/27/2016



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that JOHN FRANCIS DOWALGO, II has filed a Motion to Retain Tax Refund and related papers with the Court seeking an order to retain tax refund.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 342, 600 East First Street, Rome, Georgia 30161 at 10:00 A.M. on June 7, 2017.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least three business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Room 339, Richard B. Russell Building, 600 East First Street, Rome, Georgia 30161. You must also mail a copy of your response to the undersigned at the address stated below.

May 5, 2017

_____/s/_____
Howard Slomka, Esq.
Counsel for Debtor
Georgia State Bar No. 652875
Slipakoff & Slomka, P.C.
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
(678)732-0001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Howard Slomka, certify that I am over the age of 18 and that on May 5, 2017, I served a copy of the documents listed below via first class mail U.S. Mail, with adequate postage prepaid on the following persons or entities at the address stated:

Documents Served:

1. Motion to Retain Tax Refund
2. Notice of Hearing on Motion to Retain Tax Refund

Service upon:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

John Francis Dowalgo, II
339 Maple View
Dallas, GA 30157

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: May 5, 2017

____/s/_____
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar #652875
Slipakoff & Slomka, P.C.
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
(678)732-0001

```
Label Matrix for local noticing          DITECH FINANCIAL LLC,                   Exeter Finance Corp.
113E-4                                   14841 Dallas Pkwy #300                  c/o Ascension Capital Group
Case 17-40254-pwb                        Dallas, TX 75254-7883                   P.O. Box 165028
Northern District of Georgia                                                     Irving, TX 75016-5028
Rome
Fri May  5 13:37:33 EDT 2017

Synchrony Bank                           USAA Federal Savings Bank               American InfoSource LP as agent for
c/o PRA Receivables Management, LLC      c/o Weinstein & Riley, PS               Verizon
PO Box 41021                             2001 Western Avenue, Suite 400          PO Box 248838
Norfolk, VA 23541-1021                   Seattle, WA 98121-3132                  Oklahoma City, OK  73124-8838


Bankamerica                              (p)CAPITAL ONE                          Ditech Financial LLC fka Green Tree Servicin
4909 Savarese Cir                        PO BOX 30285                            P.O. Box 6154
Tampa, FL 33634-2413                     SALT LAKE CITY UT 84130-0285            Rapid City, South Dakota 57709-6154



(c)DITECH FINANCIAL LLC                  Exeter Finance Corp                     Exeter Finance Corp. Department
332 MINNESOTA ST STE E610                Po Box 166097                           Ascension Capital Group
SAINT PAUL MN  55101-1311                Irving, TX 75016-6097                   Account: XXXXX8942
                                                                                 P.O. Box 165028
                                                                                 Irving, TX 75016-5028


(p)GEORGIA DEPARTMENT OF REVENUE         I C System Inc                          Infinite Energy Inc
COMPLIANCE DIVISION                      Po Box 64378                            7001 SW 24th Ave
ARCS BANKRUPTCY                          Saint Paul, MN 55164-0378               Gainesville, FL 32607-3704
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Internal Revenue Service                 Navy Federal Cr Union                   Navy Federal Credit Union
PO Box 7346                              820 Follin Ln Se                        PO Box 3000
Philadelphia, PA 19101-7346              Vienna, VA 22180-4907                   Merrifield, VA 22119-3000



PRA Receivables Management, LLC          Santander Consumer Usa                  Service Credit Union
PO Box 41021                             Po Box 961245                           3003 Lafayette Rd
Norfolk, VA 23541-1021                   Fort Worth, TX 76161-0244               Portsmouth, NH 03801-5904



Shapiro Pendergast & Hasty               Stellar Recovery Inc                    Timberlands HOA
211 Perimeter Center Pkwy, NE            1327 Hwy 2 W                            c/o Picket Realty LLC
Suite 300                                Kalispell, MT 59901-3413                P.O. Box 2177
Atlanta, GA 30346-1305                                                           Dallas, GA 30132-0037



Trojan Professional Se                   U. S. Attorney                          USAA SAVINGS BANK
4410 Cerritos Ave                        600 Richard B. Russell Bldg.            C O WEINSTEIN & RILEY, PS
Los Alamitos, CA 90720-2549              75 Ted Turner Drive, SW                 2001 WESTERN AVENUE, STE 400
                                         Atlanta GA 30303-3315                   SEATTLE, WA 98121-3132



Usaa Federal Savings B                   Usaa Savings Bank                       Verizon Wireless
Po Box 47504                             10750 Mc Dermott                        Po Box 49
San Antonio, TX 78265-7504               San Antonio, TX 78288-1600              Lakeland, FL 33802-0049
```

| | | |
|---|---|---|
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Suite 200<br>1069 Spring Street, NW<br>Atlanta, GA 30309-3817 | John Francis Dowalgo II<br>339 Maple View<br>Dallas, GA 30157-4694 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank Usa N
15000 Capital One Dr
Richmond, VA 23238

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    32
Bypassed recipients     1
Total                  33