UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

IN RE:

CASE NO.: 17-40254-PWB
CHAPTER 13

John Francis Dowalgo, II,
  Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of DITECH FINANCIAL LLC FKA GREEN TREE SERVICING LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

> Robertson, Anschutz & Schneid, P.L.
> Authorized Agent for Secured Creditor
> 6409 Congress Ave., Suite 100
> Boca Raton, FL 33487
> Telephone: 561-241-6901
> Facsimile: 561-997-6909
> By: /s/Meridyth Wasserman
> Meridyth Wasserman, Esquire
> Email: mwasserman@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 11, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SLIPAKOFF & SLOMKA, PC
2859 PACES FERRY RD, SE
SUITE 1700
ATLANTA, GA  30339

JOHN FRANCIS DOWALGO, II
339 MAPLE VIEW
DALLAS, GA  30157

MARY IDA TOWNSON
191 PEACHTREE STREET, NE
SUITE 2200
ATLANTA , GA  30303-1740

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Meridyth Wasserman
Meridyth Wasserman, Esquire
Email: mwasserman@rasflaw.com