# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

## APPLICATION FOR COMPENSATION

COMES NOW Slipakoff & Slomka, PC, counsel of record for JOHN FRANCIS DOWALGO, II, Debtor in the above-styled case, files this Application for Compensation and respectfully presents the following:

1

Pursuant to Paragraph 4(B) in the Chapter 13 Plan confirmed on April 20, 2017, Slipakoff & Slomka, PC, ("Slomka") is entitled to additional compensation, over and above the base fee of $4,250.00, for specific services agreed to by Debtor and rendered on behalf of Debtor, as listed in Paragraph 6 of Debtor's "Disclosure of Compensation of Attorney for Debtor" (the "Disclosure Statement") filed in this case.

2

The basis for this application is Slomka addressed a Motion for Relief from Stay (the "Motion") filed by Debtor's mortgage company Ditech Financial LLC ("Ditech") on November 24, 2017 (Doc. No. 30) which was resolved by Consent Order with Ditech entered on March 6, 2018 (Doc. No. 33). Slomka is applying for the agreed upon fees of $500.00 for addressing the Motion, for a total fee application of $500.00.

3

Slomka is applying to the Bankruptcy Court for the allowance and payment of the above-stated fee as set forth in the Disclosure Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan.

WHEREFORE, Slomka prays for an order granting its Application for Compensation as set forth above in the amount of $500.00

Respectfully Submitted:

\_\_\_\_/s/\_\_\_\_\_
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I served a copy of the foregoing Application for Compensation, filed in this Bankruptcy Case, upon the following, by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

Mary Ida Townson (served via ECF)
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

John Francis Dowalgo, II
339 Maple View
Dallas, GA 30157

SEE ATTACHED FOR ADDITIONAL CREDITORS

On this the 7th day of March, 2018

____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

```
Label Matrix for local noticing          American Infosource LP as agent for      Bankamerica
113E-4                                   Verizon                                  4909 Savarese Cir
Case 17-40254-pwb                        PO Box 248838                            Tampa, FL 33634-2413
Northern District of Georgia             Oklahoma City, OK  73124-8838
Rome
Wed Mar  7 10:23:17 EST 2018

Andrea Lynn Betts                        (p)CAPITAL ONE                           DITECH FINANCIAL LLC,
RAS Crane, LLC                           PO BOX 30285                             14841 Dallas Pkwy #300
Suite 170                                SALT LAKE CITY UT 84130-0285             Dallas, TX 75254-7883
10700 Abbotts Bridge Road
Duluth, GA 30097-8461


Ditech Financial LLC fka Green Tree Servicin   Ditech Financial LLC fka Green Tree Servicin   (c)DITECH FINANCIAL LLC
14841 Dallas Parkway, Suite 425          P.O. Box 6154                            332 MINNESOTA ST STE E610
Dallas, TX 75254-8067                    Rapid City, South Dakota 57709-6154      SAINT PAUL MN  55101-1311


John Francis Dowalgo II                  Exeter Finance Corp                      Exeter Finance Corp.
339 Maple View                           Po Box 166097                            c/o Ascension Capital Group
Dallas, GA 30157-4694                    Irving, TX 75016-6097                    P.O. Box 165028
                                                                                  Irving, TX 75016-5028


Exeter Finance Corp. Department          Exeter Finance LLC                       (p)GEORGIA DEPARTMENT OF REVENUE
Ascension Capital Group                  P.O. Box 165028                          COMPLIANCE DIVISION
Account: XXXXX8942                       Irving, TX 75016-5028                    ARCS BANKRUPTCY
P.O. Box 165028                                                                   1800 CENTURY BLVD NE SUITE 9100
Irving, TX 75016-5028                                                             ATLANTA GA 30345-3202


I C System Inc                           Infinite Energy Inc                      Internal Revenue Service
Po Box 64378                             7001 SW 24th Ave                         PO Box 7346
Saint Paul, MN 55164-0378                Gainesville, FL 32607-3704               Philadelphia, PA 19101-7346


Anthony Maselli                          Navy Federal Cr Union                    Navy Federal Credit Union
RAS Crane LLC                            820 Follin Ln Se                         PO Box 3000
10700 Abbott's Bridge Road, Suite 170    Vienna, VA 22180-4907                    Merrifield, VA 22119-3000
Duluth, GA 30097-8461


PRA Receivables Management, LLC          Elizabeth H. Parrott                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO Box 41021                             Weinstein & Riley PS                     PO BOX 41067
Norfolk, VA 23541-1021                   P. O. Box 23408                          NORFOLK VA 23541-1067
                                         Nashville, TN 37202-3408


Santander Consumer Usa                   Service Credit Union                     Shapiro Pendergast & Hasty
Po Box 961245                            3003 Lafayette Rd                        211 Perimeter Center Pkwy, NE
Fort Worth, TX 76161-0244                Portsmouth, NH 03801-5904                Suite 300
                                                                                  Atlanta, GA 30346-1305


Howard P. Slomka                         (p)STELLAR RECOVERY INC                  Synchrony Bank
Slipakoff & Slomka, PC                   PO BOX 48370                             c/o PRA Receivables Management, LLC
Overlook III - Suite 1700                JACKSONVILLE FL 32247-8370               PO Box 41021
2859 Paces Ferry Rd, SE                                                           Norfolk, VA 23541-1021
Atlanta, GA 30339-6213
```

| | | |
|---|---|---|
| Timberlands HOA<br>c/o Picket Realty LLC<br>P.O. Box 2177<br>Dallas, GA 30132-0037 | Timberlands HOA<br>c/o Tolley Community Management<br>8295 Highway 92<br>Woodstock, GA 30189-6507 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 |
| Trojan Professional Se<br>4410 Cerritos Ave<br>Los Alamitos, CA 90720-2549 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | USAA Federal Savings Bank<br>c/o Weinstein & Riley, PS<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121-3132 |
| USAA SAVINGS BANK<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Usaa Federal Savings B<br>Po Box 47504<br>San Antonio, TX 78265 | Usaa Savings Bank<br>10750 Mc Dermott<br>San Antonio, TX 78288-1600 |
| Verizon Wireless<br>Po Box 49<br>Lakeland, FL 33802-0049 | Meridyth Wasserman<br>Robertson, Anschutz & Schneid, PL<br>Suite 100<br>6409 Congress Avenue<br>Boca Raton, FL 33487-2853 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One Bank Usa N<br>15000 Capital One Dr<br>Richmond, VA 23238 | Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| Stellar Recovery Inc<br>1327 Hwy 2 W<br>Kalispell, MT 59901 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial Llc
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC          (d)Synchrony Bank                      End of Label Matrix
                                 c/o PRA Receivables Management, LLC    Mailable recipients    40
                                 PO Box 41021                           Bypassed recipients     2
                                 Norfolk, VA 23541-1021                 Total                  42
```