

**IT IS ORDERED as set forth below:**

**Date: March 8, 2018**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 17-40254-PWB |
| | ) | |
| JOHN FRANCIS DOWALGO, II | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**ORDER SETTING OBJECTION DEADLINE ON APPLICATION FOR COMPENSATION, SETTING HEARING IF OBJECTIONS ARE FILED, AND GRANTING APPLICATION IN THE ABSENCE OF FILED OBJECTIONS**

On March 7, 2018, Debtor's attorney ("Counsel") filed an Application for Compensation (the "Application") [Docket No. 34]. The Application seeks approval of additional compensation for services rendered, and/or expenses incurred. In the Application, Counsel asserts that it is entitled in additional $500.00 as compensation for preparing, filing and appearing at a Motion to Incur Debt based on the attorney-client agreement signed by Debtor and the Disclosure of Compensation ("2016(b) Statement") filed on February 6, 2017 [Docket No. 1].

Upon review of the Application, the Rule 2016(b) Statement, and the docket in this case,

IT IS ORDERED that any objections to the Application must be filed with the Clerk of this Court and served on Counsel, the Chapter 13 Trustee, and the United States Trustee no later than twenty-one (21) days after entry of this Order and Notice (the "Objection Deadline");

IT IS FURTHER ORDERED that, if no objections are filed by the Objection Deadline, the attorney's fees and/or expenses requested in the Application shall be allowed as of the date of the Objection Deadline, subject to the provisions of General Order 22-2017, and the Chapter 13 Trustee shall pay such allowed fees pursuant to the confirmed plan in this case and the provisions of General Order 22-2017.

IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN that, if an objection is filed on or before the Objection Deadline, a hearing will be held in Courtroom 342, 600 East First Street, Rome, Georgia 30161 at 10:00 A.M. on April 4, 2018.

The Clerk is DIRECTED to serve a copy of this Order upon Debtor(s), Counsel, the Chapter 13 Trustee, the United States Trustee, and all parties requesting notice in this case.

END OF DOCUMENT

Prepared by:

____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE

Suite 1700
Atlanta, GA 30339

# DISTRIBUTION LIST

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

John Francis Dowalgo, II
339 Maple View
Dallas, GA 30157

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Attn: Exeter Finance Corp. Department
Ascension Capital Group Account: XXXXX8942
P.O. Box 165028
Irving, TX 75016

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

USAA Federal Savings Bank
c/o Weinstein & Riley, P.S.
P.O. Box 23408
Nashville, TN 37202
Attn: Elizabeth H. Parrott

Ditech Financial LLC
c/o Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Ave., Suite 100
Boca Raton, FL 33487